UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

JULIO CESAR ABREU DURAN,

                              **Plaintiff,**

      -against-

**HILDA BERRUN,**

                              **Defendants.**

------------------------------------------------------------------X

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:** 4/10/2025

**24-CV-3907 (LAK) (VF)**

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

On April 9, 2025, this case was assigned to me for general pretrial supervision and to report and recommend on any dispositive motions. The parties are ordered to file a joint status letter no later than **Friday, April 18, 2025**, providing the Court a brief statement of the status of discovery and proposing discovery deadlines for any discovery that remains outstanding.

**SO ORDERED.**

DATED:      New York, New York
               April 10, 2025

_____
VALERIE FIGUEREDO
United States Magistrate Judge