# SALMON ♦ RICCHEZZA ♦ SINGER & TURCHI LLP

| | | |
|---|---|---|
| JEFFREY A. SEGAL<br>segal@srstlaw.com | www.srstlaw.com | 110 EAST 59th STREET<br>22nd FLOOR<br>NEW YORK, NY 10022<br><br>TELEPHONE: 646-432-5508<br>FAX: 646-432-5509 |

April 11, 2025

**VIA E-FILING**

Judge Lewis A. Kaplan,
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**RE:**   **Julio Cesar Abreu Duran v. Hilda Y. Berrun, U.S. Xpress Leasing, Inc., et al**
    **DOL 11/17/22**
    **Index No. 1:24-cv-03907-LAK**
    **Our File No. 400511**

Dear Judge Kaplan

    We represent defendants in the above matter and are in receipt of Your Honor's order for counsel to file a joint status letter by April 18, 2025. As I and Ian Kingsley, the two attorneys handling this file are away next week, with the consent of opposing counsel, we ask the Court to extend the deadline to submit the joint status letter to Friday, April 25, 2025.

    Thank you for your consideration of this request.

                              Respectfully Submitted,

                              SALMON, RICCHEZZA, SINGER & TURCHI LLP

                        By:   */s/ Jeffrey A. Segal*
                                Jeffrey A. Segal

cc: Simon B. Landsberg

4929-5081-9886, v. 1

---

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

Dated: 4/15/2025

The extension requested herein is **GRANTED**. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 25.