UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x

JULIO CESAR ABREU DURAN,

                        Plaintiff,

     -against-                                    24-cv-3907 (LAK)

HILDA Y. BURRAN, et al.,

                        Defendants.

------------------------------------------x

                        **ORDER**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/16/25
```

LEWIS A. KAPLAN, *District Judge.*

        This case is dismissed with prejudice and without costs subject to right to reinstate by serving and filing a notice to that effect on or before July 16, 2025, if the settlement is not consummated by then.

        SO ORDERED.

Dated:     June 16, 2025

                                                    _/s/ Lewis A. Kaplan_
                                                        Lewis A. Kaplan
                                                    United States District Judge